**B1 (Official Form 1)(1/08)**

# United States Bankruptcy Court
## Southern District of Ohio

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Trenton Ridge Investors, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-2200005** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Spectrum Capital**<br>**454 East Main Street, Suite 215**<br>**Columbus, OH**       ZIP Code **43215** | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP Code | Mailing Address of Joint Debtor (if different from street address):       ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1633 Red Robin Road**<br>**Columbus, OH 43229** |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Trenton Ridge Investors, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X_____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Trenton Ridge Investors, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Debtor **X** _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. **X** _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X  /s/ Thomas R. Allen** Signature of Attorney for Debtor(s) **Thomas R. Allen** Printed Name of Attorney for Debtor(s) **Allen Kuehnle Stovall & Neuman LLP** Firm Name **17 South High Street Suite 1220 Columbus, OH 43215** Address **(614) 221-8500  Fax: (614) 221-5988** Telephone Number **October 28, 2009** Date *\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address **X** _____ _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X  /s/ John R. Davis** Signature of Authorized Individual **John R. Davis** Printed Name of Authorized Individual **Co-Manager** Title of Authorized Individual **October 28, 2009** Date | |

# ACTION BY THE CO-MANAGERS OF
# TRENTON RIDGE INVESTORS, LLC

## OCTOBER 23, 2009

**Consent Action.** This action is taken in accordance with the provisions of Section 1705.29 of the Ohio Revised Code, and that certain Operating Agreement by and among the members of Trenton Ridge Investors, LLC (the "Company") dated as of January 11, 2005, as amended by that certain Action by Consent of all the Members of Trenton Ridge Investors, LLC, September, 2007, with the affirmative vote and the approval of, and in writing or writings signed by the co-managers, John R. Davis and Patricia J. Shorr (collectively, the "Co-Managers"), of the Company.

**Filing for Protection under Chapter 11 of Title 11 of the United States Code.** The Co-Managers deem it advisable and in the best interests of the Company, its members and all parties in interest to seek protection under Chapter 11 of Title 11 of the United States Code, and to employ competent professional assistance to guide the Company through its reorganization process.

Therefore, it is

> **RESOLVED**, that the Company be, and hereby is, authorized to file a petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division (the "Chapter 11 Proceeding"); and

> **FURTHER RESOLVED**, that either of the Co-Managers be, and hereby is, authorized to execute and file on behalf of the Company any and all petitions for relief, papers, and other documents which are proper and necessary to initiate the Chapter 11 Proceeding, together with any and all other papers and documents incidental thereto.

> **RESOLVED FURTHER**, that the Company be, and hereby is, authorized to retain the firm of Allen Kuehnle Stovall & Neuman LLP as legal counsel to represent it in connection with the Chapter 11 Proceeding.

**IN WITNESS WHEREOF**, the undersigned Co-Managers have executed this *Action by the Co-Managers of Trenton Ridge Investors, LLC*, as of the date first written above.

_____
John R. Davis, Co-Manager

_____
Patricia J. Shorr, Co-Manager

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re **Trenton Ridge Investors, LLC**
　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No.
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cabot Painting<br>2192 Waldorf Road<br>Columbus, OH 43229 | Cabot Painting<br>2192 Waldorf Road<br>Columbus, OH 43229 | Approx 16.3575 acre real estate commonly known as:<br><br>1633 Red Robin Road<br>Columbus, OH 43229<br><br>[Franklin County Parcel No. 010-138791-00] | Contingent<br>Unliquidated<br>Disputed | Unknown<br>(7,665,000.00 secured)<br>(8,303,610.87 senior lien) |
| Carl Krantz Rev. Trust<br>844 Old Woods Road<br>Columbus, OH 43235 | Carl Krantz Rev. Trust<br>844 Old Woods Road<br>Columbus, OH 43235 | Promissory Note | | 100,000.00 |
| Donald & Melissa Gorman<br>319 Morgan Lane<br>Columbus, OH 43230 | Donald & Melissa Gorman<br>319 Morgan Lane<br>Columbus, OH 43230 | Promissory Note | | 50,000.00 |
| Installer's Plus, Inc.<br>6291 Johnson Road<br>Galloway, OH 43119 | Installer's Plus, Inc.<br>6291 Johnson Road<br>Galloway, OH 43119 | | Contingent<br>Unliquidated<br>Disputed | 8,660.10 |
| James Panozzo<br>4751 Bonita Bay Blvd.<br>Bonita Springs, FL 34134 | James Panozzo<br>4751 Bonita Bay Blvd.<br>Bonita Springs, FL 34134 | Promissory Note | | 75,000.00 |
| John & Jeannette Corbett<br>505 South Flagler Drive<br>Suite 220<br>West Palm Beach, FL 33401 | John & Jeannette Corbett<br>505 South Flagler Drive<br>Suite 220<br>West Palm Beach, FL 33401 | Promissory Note | | 100,000.00 |
| Nancy Panozzo<br>4751 Bonita Bay Blvd.<br>Bonita Springs, FL 34134 | Nancy Panozzo<br>4751 Bonita Bay Blvd.<br>Bonita Springs, FL 34134 | Promissory Note | | 100,000.00 |

In re **Trenton Ridge Investors, LLC**      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **National City Bank** <br> **155 East Broad Street** <br> **Columbus, OH 43215** | **National City Bank** <br> **155 East Broad Street** <br> **Columbus, OH 43215** | **Approx 16.3575 acre real estate commonly known as:** <br><br> **1633 Red Robin Road Columbus, OH 43229** <br><br> **[Franklin County Parcel No. 010-138791-00]** | **Disputed** | **7,694,601.46 (7,665,000.00 secured) (609,009.41 senior lien)** |
| **Ned Hodkinson** <br> **3331 Heritage Oak Drive** <br> **Hilliard, OH 43026** | **Ned Hodkinson** <br> **3331 Heritage Oak Drive** <br> **Hilliard, OH 43026** | **Promissory Note** | | **50,000.00** |
| **Neil W. Savage Rev. Trust** <br> **333 Third Avenue** <br> **Suite 400** <br> **Saint Petersburg, FL 33701** | **Neil W. Savage Rev. Trust** <br> **333 Third Avenue** <br> **Suite 400** <br> **Saint Petersburg, FL 33701** | **Promissory Note** | | **150,000.00** |
| **Patrick Hart** <br> **220 Carreg Cain Drive** <br> **Granville, OH 43023** | **Patrick Hart** <br> **220 Carreg Cain Drive** <br> **Granville, OH 43023** | **Promissory Note** | | **100,000.00** |
| **Plummer Incorporated** <br> **320 Outerbelt Street, Suite 1** <br> **Columbus, OH 43213** | **Plummer Incorporated** <br> **320 Outerbelt Street, Suite 1** <br> **Columbus, OH 43213** | **Approx 16.3575 acre real estate commonly known as:** <br><br> **1633 Red Robin Road Columbus, OH 43229** <br><br> **[Franklin County Parcel No. 010-138791-00]** | **Contingent Unliquidated Disputed** | **Unknown (7,665,000.00 secured) (8,303,610.87 senior lien)** |
| **Richard Scheetz** <br> **8985 Sunningdale Lane** <br> **Dublin, OH 43017** | **Richard Scheetz** <br> **8985 Sunningdale Lane** <br> **Dublin, OH 43017** | **Promissory Note** | | **25,000.00** |
| **Robert Anderson** <br> **1080 Lake Point Drive** <br> **Westerville, OH 43082** | **Robert Anderson** <br> **1080 Lake Point Drive** <br> **Westerville, OH 43082** | **Promissory Note** | | **50,000.00** |
| **Robert Gorman Rev. Trust** <br> **5118 Harlem Road** <br> **New Albany, OH 43054** | **Robert Gorman Rev. Trust** <br> **5118 Harlem Road** <br> **New Albany, OH 43054** | **Promissory Note** | | **50,000.00** |
| **Sharon Hart** <br> **220 Carreg Cain Drive** <br> **Granville, OH 43023** | **Sharon Hart** <br> **220 Carreg Cain Drive** <br> **Granville, OH 43023** | **Promissory Note** | | **100,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Trenton Ridge Investors, LLC**
             Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Spectrum Capital**<br>**454 East Main Street**<br>**Suite 215**<br>**Columbus, OH 43215** | **Spectrum Capital**<br>**454 East Main Street**<br>**Suite 215**<br>**Columbus, OH 43215** | **Management Fees and Reimbursements** | | 2,295.21 |
| **Thomas R. Bennett**<br>**3 Timber Court**<br>**Whitehouse Station, NJ 08889** | **Thomas R. Bennett**<br>**3 Timber Court**<br>**Whitehouse Station, NJ 08889** | **Promissory Note** | | 50,000.00 |
| **Vivian Witkind Davis**<br>**1391 Windrush Circle**<br>**Blacklick, OH 43004** | **Vivian Witkind Davis**<br>**1391 Windrush Circle**<br>**Blacklick, OH 43004** | **Promissory Note** | | 100,000.00 |
| **Wilmar**<br>**PO Box 2317**<br>**Jacksonville, FL 32203** | **Wilmar**<br>**PO Box 2317**<br>**Jacksonville, FL 32203** | **Materials** | **Disputed** | 6,498.43 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Co-Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 28, 2009**          Signature  **/s/ John R. Davis**
                                              **John R. Davis**
                                              **Co-Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Adria L. Fields, Esq.
373 South High Street
14th Floor
Columbus, OH 43215

American Tax Funding, LLC
345 Jupiter Lakes Blvd.
Suite 300
Jupiter, FL 33458-7100

Cabot Painting
2192 Waldorf Road
Columbus, OH 43229

Carl Krantz Rev. Trust
844 Old Woods Road
Columbus, OH 43235

Christopher Pettit, Esq.
Two Miranova Place
Suite 500
Columbus, OH 43215

Christopher Rinehart, Esq.
366 East Broad Street
Columbus, OH 43215

Donald & Melissa Gorman
319 Morgan Lane
Columbus, OH 43230

Franklin County Treasurer
373 South High Street
17th Floor
Columbus, OH 43215-6306

Installer's Plus, Inc.
6291 Johnson Road
Galloway, OH 43119

J. Blake Thomas, Esq.
5181 Natrop Blvd.
Suite 202
Cincinnati, OH 45249

James Panozzo
4751 Bonita Bay Blvd.
Bonita Springs, FL 34134

Jeffrey D. Sammons, Esq.
635 Park Meadow Road
Suite 101
Westerville, OH 43081

John & Jeannette Corbett
505 South Flagler Drive
Suite 220
West Palm Beach, FL 33401

John N. Zomoida, Esq.
55 Public Square
Suite 1800
Cleveland, OH 44113

Nancy Panozzo
4751 Bonita Bay Blvd.
Bonita Springs, FL 34134

National City Bank
155 East Broad Street
Columbus, OH 43215

Ned Hodkinson
3331 Heritage Oak Drive
Hilliard, OH 43026

Neil W. Savage Rev. Trust
333 Third Avenue
Suite 400
Saint Petersburg, FL 33701

Patrick Hart
220 Carreg Cain Drive
Granville, OH 43023

Plummer Incorporated
320 Outerbelt Street, Suite 1
Columbus, OH 43213

Richard Scheetz
8985 Sunningdale Lane
Dublin, OH 43017

Robert Anderson
1080 Lake Point Drive
Westerville, OH 43082

Robert Gorman Rev. Trust
5118 Harlem Road
New Albany, OH 43054

Robert J. Beggs
1675 Old Henderson Road
Columbus, OH 43220

Sharon Hart
220 Carreg Cain Drive
Granville, OH 43023

Spectrum Capital
454 East Main Street
Suite 215
Columbus, OH 43215

Stephen R. Buchenroth, Esq.
52 East Gay Street
PO Box 1008
Columbus, OH 43216-1008

Thomas R. Bennett
3 Timber Court
Whitehouse Station, NJ 08889

Vivian Witkind Davis
1391 Windrush Circle
Blacklick, OH 43004

Wilmar
PO Box 2317
Jacksonville, FL 32203